# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

Civil Action No.:   **11-cv-01377-WJM-CBS**        FTR - Reporter Deck - Courtroom A402
Date:   **August 9, 2011**                         **Courtroom Deputy:**  Linda Kahoe

GLEN PELLETIER,                                    Christopher Jonathan Pooley

     Plaintiff,

     v.

USA,                                               Glenn Matthew Girdharry

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        11:00 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Motion for Leave to Accept Amended Complaint, doc #[29], filed 8/3/2011.

Mr. Girdharry states he does not oppose the Motion.

The court states the Motion is basically a brief containing legal analysis.

**ORDERED:**   The Motion for Leave to Accept Amended Complaint, doc #[29] is **DENIED
WITHOUT PREJUDICE**.  Plaintiff is allowed to file a new Unopposed Motion
for Leave to File an Amended Complaint on or before **AUGUST 16, 2011.**  Any
Response to the current Complaint is **STAYED** in anticipation of the filing of a
new Amended Complaint.

Discussion regarding Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, doc
#[20], filed 7/29/2011.

**ORDERED:**   The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, doc
#[20] is **DENIED WITHOUT PREJUDICE**.  Plaintiff shall pay the filing fee **NO
LATER THAN 30 DAYS FROM TODAY'S DATE**.

HEARING CONCLUDED.
**Court in recess:        11:12 p.m.**
Total time in court:      00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll
free at 1-800-962-3345.