**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No. 11-cv-01377-WJM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: September 12, 2011** | **Courtroom Deputy:** Laura Galera |

| | |
|---|---|
| GLEN PELLETIER, | Christopher Jonathan Pooley |
| Plaintiff, | |
| v. | |
| USA, | Glenn Matthew Girdharry |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:     10:00 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint Doc. #[40] and Unopposed Motion for Leave to Accept Amended Complaint, Doc. #[46].

**ORDERED:** Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint Doc. #[40] is DENIED in light of the court's ruling from the bench.

**ORDERED:** Unopposed Motion for Leave to Accept Amended Complaint, Doc #[46] is DENIED.

**ORDERED:** Plaintiff may file a final amended complaint by close of business on **September 14, 2011.**  Defendant to file an answer or otherwise respond to the final amended complaint **within 30 days of the filing date of the amended complaint.**

HEARING CONCLUDED.
**Court in recess:     10:08 a.m.**
Total time in court:    00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.