IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01377-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 9, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*   *Counsel:*

GLEN PELLETIER, *et al*.,   Christopher Jonathan Pooley

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA, *et al*.,   Glenn Matthew Girdharry

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:   1:31 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION for Discovery (Docket No. 99, filed on 8/14/2012), the plaintiff's MOTION to Supplement #74 Notice (Other) (Docket No. 100, filed on 8/14/2012), and the defendant's MOTION for Protective Order (Docket No. 105, filed on 9/6/2012).

Discussion between the court and the parties regarding the plaintiff's MOTION for Discovery (Docket No. 99, filed on 8/14/2012), Rule 26(a)(1)(b), Rule 26(a)(1)(a), and Rule 26(b)(2)(c).

Discussion regarding the defendant's (non-referred) MOTION to Strike #75 Amended Complaint, under Fed. R. Civ. P. 8(a), MOTION to Dismiss Amended Complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Docket No. 84, filed on 5/11/2012).

For reasons as stated on the record,

**ORDERED:** The court **DENIES without prejudice** the plaintiff's MOTION for Discovery (Docket No. 99, filed on 8/14/2012). The court **DENIES without prejudice** the plaintiff's MOTION to Supplement #74 Notice (Other) (Docket No. 100, filed on 8/14/2012). The court **GRANTS** the defendant's MOTION for Protective Order (Docket No. 105, filed on 9/6/2012).

**ORDERED:** The parties shall be required to put together a conference call (303.844.2117) **within 72 hours** of a ruling by Judge Martinez on the defendant's MOTION to Strike #75 Amended Complaint, under Fed. R. Civ. P. 8(a), MOTION to Dismiss Amended Complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Docket No. 84, filed on 5/11/2012) in order to figure out how to get this case moving forward.

Discussion between the court and Mr. Pooley regarding Mr. Pelletier's immigration status.

Discussion between the court and Mr. Pooley regarding the number of times Mr. Pooley has filed motions seeking leave to amend/correct and the impact this has had on moving this case forward.

HEARING CONCLUDED.

**Court in recess**:   **2:54 p.m.**
Total time in court:   01:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.