**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No.  11-cv-01377-WJM-CBS

GLEN PELLETIER,
CARRIE LYNN PELLETIER, and
HOBIE MATTHEW WITT,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,
JOHN LONGSHORE, Field Director, Immigration and Customs Enforcement, Denver
District,
IMMIGRATION AND CUSTOMS ENFORCEMENT, Denver District, and
STEVEN M. BRANCH, Field Office Director, Salt Lake City Field Office,

      Defendants.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered

during the pendency of this case and the Order Granting Defendants' Motion for

Summary Judgment, Denying Plaintiffs' Third Reconsideration Motion, Denying

Plaintiffs' Motion to Amend Their Summary Judgment Response, and Denying as Moot

Plaintiffs' Motion to Accept Untimely Exhibit, entered by the Honorable William J.

Martínez, United States District Judge, on July 17, 2015, it is

      ORDERED that the Governments' Motion for Summary Judgment (ECF No. 141)

is GRANTED.

      IT IS FURTHER ORDERED that Final Judgment is entered in favor of the

Defendants.

IT IS FURTHER ORDERED that the action and complaint are dismissed.  The

parties shall bear their own costs.

Dated at Denver, Colorado this 28th day of July 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk